# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

HENRY WOODIN, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

*Writ of error — judgment.*

A writ of error to review a conviction in an inferior criminal court, will be dismissed when no judgment or judgment record has been entered, or is returned to the court issuing the writ.

*Dawson* v. *The People* (5 Park. Crim. R., 118); *Hilderbrand* v. *The People* (8 N. Y. S. C. [1 Hun], 19) followed.

Writ of error to the Court of Sessions of the county of Ontario, to review the conviction of the plaintiff in error of subornation of perjury.

*E. G. Lapham,* for plaintiff in error. *Edwin Hicks,* for defendants in error.

Opinion by Smith, J.

Present — Mullin, P. J., Smith and Gilbert, JJ.

Writ of error dismissed.